AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☒ INFORMATION ☐ INDICTMENT
☐ SUPERSEDING

### OFFENSE CHARGED

33 U.S.C. Secs. 1311(a) & 1319(c)(1)(A) --
Negligent discharge of pollutant into
publicly-owned treatment works

☐ Petty
☐ Minor
☒ Misde-
meanor
☐ Felony

PENALTY:
Maximum fine: $200,000/count
Probation: max of 5 years
Special assessment: $125/count

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

2013 MAY 23  P 12: 21

DEFENDANT - U.S.

United States v. Wal-Mart Stores, Inc.

DISTRICT COURT NUMBER

**MAG**

# CR 13 334

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State
Court, give name of court

☐ this person/proceeding is transferred from another
district per (circle one) FRCrP 20, 21 or 40.  Show
District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on
motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a
pending case involving this same
defendant

☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding
this defendant were recorded under

SHOW
DOCKET NO.

MAGISTRATE
CASE NO.

Name and Office of Person
Furnishing Information on   Melinda Haag
THIS FORM
☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)   Stacey Geis

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding.
If not detained give date any prior summons
was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer   ☐ Yes   If "Yes"
been filed?    ☐ No    give date
filed

**DATE OF ARREST** ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons
or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

1  MELINDA HAAG (CASBN 132612)
   United States Attorney
2

3

4

5

6

7

8

9

10                    UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA          MAG

12                       SAN FRANCISCO DIVISION

13                                    ) CR. CR 13      334
14  UNITED STATES OF AMERICA,         )
                                      ) VIOLATIONS:
15       Plaintiff,                   )
                                      ) Title 33, United States Code, Sections
16  v.                                ) 1311(a) & 1319(c)(1)(A) – Negligent
                                      ) Discharge of Pollutants Into Publicly-Owned
17  WAL-MART STORES, INC.,            ) Treatment Works [Class A Misdemeanor]
                                      )
18       Defendant.                   )
                                      ) SAN FRANCISCO VENUE
19  _____  )

20

21                          I N F O R M A T I O N

22  The United States Attorney charges:

23  COUNT ONE:   (33 U.S.C. §§ 1311(a) and 1319(c)(1)(A) – Negligent Discharge of a Pollutant)

24       Beginning on or about January 1, 2003, and continuing through on or about December 31,

25  2003, in Alameda, Contra Costa, Del Norte, Lake, Mendocino, Monterey, Napa, Sonoma, and

26  Santa Clara Counties, within the Northern District of California, defendant WAL-MART

27  STORES, INC. did negligently discharge pollutants, namely, corrosive and hazardous liquid

28  wastes, from the premises of multiple retail stores located within Alameda, Contra Costa, Del

INFORMATION

1  Norte, Lake, Mendocino, Monterey, Napa, Sonoma, and Santa Clara Counties, California, into

2  drains connected to publicly-owned treatment works operated and maintained by a local

3  sanitation district, in violation of a federally-approved pretreatment standard; all in violation of

4  Title 33, United States Code, Sections 1311(a) and 1319(c)(1)(A).

5  COUNT TWO:   (33 U.S.C. §§ 1311(a) and 1319(c)(1)(A) – Negligent Discharge of a Pollutant)

6      Beginning on or about January 1, 2004, and continuing through on or about December 31,

7  2004, in Alameda, Contra Costa, Del Norte, Lake, Mendocino, Monterey, Napa, Sonoma, and

8  Santa Clara Counties, within the Northern District of California, defendant WAL-MART

9  STORES, INC. did negligently discharge pollutants, namely, corrosive and hazardous liquid

10 wastes, from the premises of multiple retail stores located within Alameda, Contra Costa, Del

11 Norte, Lake, Mendocino, Monterey, Napa, Sonoma, and Santa Clara Counties, California, into

12 drains connected to publicly-owned treatment works operated and maintained by a local

13 sanitation district, in violation of a federally-approved pretreatment standard; all in violation of

14 Title 33, United States Code, Sections 1311(a) and 1319(c)(1)(A).

15 .

16

17 ///

18

19 ///

20

21 ///

22

23 ///

24

25 ///

26

27 ///

28

INFORMATION                    2

COUNT THREE:   (33 U.S.C. §§ 1311(a) and 1319(c)(1)(A) – Negligent Discharge of a
Pollutant)

    Beginning on or about January 1, 2005, and continuing through on or about December 31,
2005, in Alameda, Contra Costa, Del Norte, Lake, Mendocino, Monterey, Napa, Sonoma, and
Santa Clara Counties, within the Northern District of California, defendant WAL-MART
STORES, INC. did negligently discharge pollutants, namely, corrosive and hazardous liquid
wastes, from the premises of multiple retail stores located within Alameda, Contra Costa, Del
Norte, Lake, Mendocino, Monterey, Napa, Sonoma, and Santa Clara Counties, California, into
drains connected to publicly-owned treatment works operated and maintained by a local
sanitation district, in violation of a federally-approved pretreatment standard; all in violation of
Title 33, United States Code, Sections 1311(a) and 1319(c)(1)(A).


DATED:   May 23, 2013                           MELINDA HAAG
                                                United States Attorney


                                                MIRANDA KANE
                                                Chief, Criminal Division


(Approved as to form: _____ )
                       AUSA GEIS


INFORMATION                          3